| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [x] Recording requested by and return to:<br>ERSKINE & TULLEY<br>MICHAEL J. CARROLL (ST. BAR #50246)<br>220 MONTGOMERY ST. #303, SAN FRANCISCO, CA 94104 | (415) 392-5431 | |
| [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: NORTHWEST ADMINISTRATORS, INC.

DEFENDANT: ROMERO GENERAL CONSTRUCTION CORP, etc.

**WRIT OF**
[x] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property
                   [ ] Real Property
[ ] SALE

CV-09  CASE NUMBER: 80059MISC  SI

FOR COURT USE ONLY

1. To the Sheriff or any Marshal or Constable of the County of:
   Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* NORTHWEST ADMINISTRATORS, INC.
   is the [X] judgment creditor  [ ] assignee of record
   whose address is shown on this form above the court's name.
4. Judgment debtor *(name and last known address):*

   ROMERO GENERAL CONSTRUCTION
   2150 NO. CENTRE CITY PARKWAY, SUITE 1
   ESCONDIDO, CA 92026-1338

   [ ] additional judgment debtors on reverse
5. Judgment entered on *(date):* 3/20/09
6. [ ] Judgment renewed on *(dates):*
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse).*
8. [ ] Joint debtor information on reverse.
   [SEAL]

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ........................ $ 5,292.96
12. Costs after judgment (per filed order or memo CCP 685.090) ............... $ -0-
13. Subtotal *(add 11 and 12)* ............ $ 5,292.96
14. Credits .............................. $ -0-
15. Subtotal *(subtract 14 from 13)* ...... $ 5,292.96
16. Interest after judgment (per filed affidavit CCP 685.050) ........................ $ -0-
17. Fee for issuance of writ ............. $ -0-
18. **Total** *(add 15, 16, and 17)* ...... $ 5,292.73
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of ......... $ 1.02
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) .................. $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* MAR 3 1 2009    Clerk, by _LASHANDA SCOTT_, Deputy

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION —

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-130 [Rev. July 1, 1996]
JC Forms for HotDocs ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse.